PAMELA PARQUET, AS CURATRIX FOR
DERRON MICAH PARQUET

VERSUS

LOUISIANA HOMECARE OF LUTCHER,
L.L.C. AND EDDIE HEBERT

NO. 21-CA-451
 C/W 21-CA-452

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

---

April 20, 2022

Susan Buchholz
First Deputy Clerk

---

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Jude G. Gravois, and John J. Molaison, Jr.

**REHEARING DENIED**

    **SMC**
    **JGG**
    **JJM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **04/20/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

*Curtis B. Pursell*

**CURTIS B. PURSELL**
CLERK OF COURT

# 21-CA-451
**C/W 21-CA-452**

### E-NOTIFIED

40th District Court (Clerk)
Honorable J. Sterling Snowdy (District Judge)
Charles S. Long (Appellant)           Robert S. Abdalian (Appellant)           Halley S. Carter (Appellee)
Peter E. Sperling (Appellee)

### MAILED

Nairda T. Colon (Appellee)
Attorney at Law
1100 Poydras Street
Suite 3700
New Orleans, LA 70163